NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL FOX,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3078

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110659-I-1.

---

ON MOTION

---

# ORDER

The court construes Carl Fox's motion for leave to proceed in forma pauperis as an unopposed motion to reinstate his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Fox's motion for leave to proceed in forma pauperis is granted.

(2) The court's March 7, 2012 dismissal order is vacated, the mandate is recalled, and the petition is reinstated.

(3) Fox's informal brief is due within 30 days from the date of filing of this order.

FOR THE COURT

**AUG 1 4 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Carl Fox (Informal Brief Form Enclosed)
P. Davis Oliver, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2012

JAN HORBALY
CLERK